

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rusty Taylor,

Vs. No. 11-24-00069-CR

The State of Texas,

* From the County Court
of Brown County,
Trial Court No. 057921.

* October 9, 2025

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete "At Law" in the style of the case and recite that the case was tried before the "County Court of Brown County." As modified, we affirm the judgment of the trial court.